UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCH DAUGHERTY,<br><br>    Plaintiff,<br><br>v.<br><br>SF MARKETS, LLC, JOSH ROBERTSON, and others,<br><br>    Defendants. | Case No. 22-cv-00157-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |

On January 10, 2022, Defendant SF Markets, LLC removed this case from Santa Clara County Superior Court. ECF 1. In its removal notice, SF Markets alleges that removal is proper based on diversity jurisdiction under 28 U.S.C. § 1332(a)(1). *Id.* at ¶ 4. However, in reaching this conclusion, SF Markets improperly disregards the citizenship of Defendant Josh Robertson.[1] Although there is complete diversity between Plaintiff's California citizenship and SF Markets' Delaware and Arizona citizenships, Robertson appears to be a California citizen, like Plaintiff, so his presence destroys complete diversity. *See* ECF 1 at ¶ 5; *see also* ECF 1-1 at ¶ 3.

Accordingly, the Court ORDERS SF Markets to show cause in writing why this

---

[1] Robertson is named as a defendant in the complaint and in the caption of SF Market's removal notice, but Robertson is not listed as a defendant in either of SF Market's civil cover sheets. ECF 2; ECF 5. Although the documents are inconsistent, the Court defers to Plaintiff's complaint for its analysis.

case should not be remanded by January 25, 2022.  The Court also reminds all parties to consent or decline the jurisdiction of a magistrate judge by January 25, 2022.  ECF 6.

**IT IS SO ORDERED.**

Dated:  January 12, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

2